UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

RE: )
) Case No. 8:07-bk-10687-CPM
Leathel S. Davis )
) Judge - Catherine Peek McEwen
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Leathel S. Davis, Claimant, hereby petitions the Court for $3,902.62, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, Leathel S. Davis, debtor.

The debtor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Leathel S. Davis at PO Box 726, Palmetto, FL 34220. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented the original dividend check from being cashed.

The claimant's current mailing address is:

Leathel S. Davis
Attn: Leathel S. Davis
707 59th Ave
Bradenton, FL 34203
443-875-5770
Last Four Digits of SSN/TIN: 8377

Dilks & Knopik, LLC now seeks to recover the funds from the Court's Registry. Wherefore, Dilks & Knopik, LLC prays that the Court order that a check in the amount of $3,902.62 made payable to Leathel S. Davis c/o Dilks & Knopik, LLC, 35308 SE Center Street, 35308 SE Center Street be issued form the Courts Registry.

Date: May 21, 2013

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

Sworn and subscribed to, before me
this 21st day of May, 2013

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: August 9, 2015







To: Brian Baguhn



**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

Statement date 04/29/13
Loan number
Property address
707 59TH TER E
BRADENTON FL 34203

**Customer Service**  Online
wellsfargo.com
Fax
1-866-278-1179
Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m

## For informational purposes

1AB   00784/008360/000837 0028  1 ACQ6HA 708
JACKIE LEONARD DAVIS
LEATHEL S DAVIS
P.O. BOX 726
PALMETTO, FL 34220-0726

Payments
PO Box 660455
Dallas TX 75266

We accept telecommunications relay service calls.

**Important messages**
This statement is for informational purposes on
Our records indicate that your loan is subject to

**Summary**

---

JON M. WAAGE
CHAPTER 13 TRUSTEE
P. O. Box 25001
Bradenton, FL 34206-5001

**RETURN SERVICE REQUESTED**

07-10687-CPM
Leathel S. Davis
P.O. Box 726
Palmetto, FL 34220-0726

**Proof of Address**
Page  1  of  1

Substitute Form **W-9** (Rev 11-2009)

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Name (as shown on your income tax return)**
Leathel S. Davis

**Business name, if different from above**

Check appropriate box:
- [X] Individual/Sole Proprietor
- [ ] Corporation
  - [ ] Medical [ ] Regular
  - [ ] Attorney
- [ ] Partnership
- [ ] Other
  - [ ] Non Profit
  - [ ] Government
  - [ ] Volunteer
  - [ ] Board Member
- [ ] LLC filing as Disregarded Entity /Sole Proprietor
- [ ] LLC filing as a Corporation
  - [ ] Medical [ ] Regular
  - [ ] Attorney
- [ ] LLC filing as Partnership
- [ ] Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**
707 59th Ave

**City, state, and ZIP code**
Bradenton, FL, 34203

**List account number(s) here (optional)**

**Requester's name and address (optional)**

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

SSN: 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

**Note:** If the account is in more than one name, see the chart on page 3 for guidelines on whose number to enter.

## Part II — Certification

Under penalties of perjury, I certify that:

The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply.

For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the Instructions on page 3.)

**Sign Here** | Signature of U.S. person: *Leathel S Davis*  | Date: 5/14/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.